# United States District Court
## Violation Notice

**CVB Location Code:** CA75

**Violation Number:** 6242682
**Officer Name (Print):** Henke
**Officer No.:** 1024

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 1800  4/21/19
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
18 USC 13
CA H&S 11364

**Place of Offense:** Whiskey Creek Boat Launch

**Offense Description: Factual Basis for Charge:** poss. meth pipe

HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** HICKS
**First Name:** Lisa
**M.I.:** A

**Tag No:** 8GED989
**State:** CA
**Year:** 95
**Make/Model:** Honda Civic
**PASS:** ☐
**Color:** green

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 250  Forfeiture Amount
+ $30  Processing Fee
**PAY THIS AMOUNT →** $ 280  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**X Defendant Signature:** Lisa Hicks

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 04/21, 20 19 while exercising my duties as a law enforcement officer in the Eastern District of California

See attached report

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/21/2019
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident